

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2022

No. 04-22-00104-CV

**INTEREST OF J.M.T.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00140
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
     Patricia O. Alvarez, Justice
     Liza A. Rodriguez, Justice

Section 161.004 of the Texas Family Code provides that a trial court may terminate the parent-child relationship "after rendition of an order that previously denied termination of the parent-child relationship" if:

(1) the petition under this section is filed after the date the order denying termination was rendered;
(2) *the circumstances* of the child, parent, sole managing conservator, or other party affected by the order denying termination *have materially and substantially changed* since the date that the order was rendered;
(3) the parent committed an act listed under section 161.001 before the date the order denying termination was rendered; and
(4) termination is in the best interest of the child.

TEX. FAM. CODE § 161.004(a) (emphasis added). The Department's petition to modify in this case sought termination of Appellant Father's parental rights to J.M.T. pursuant to both section 161.001 and section 161.004.

On appeal, Appellant Father contends the evidence is legally and insufficient to support termination of his parental rights under section 161.004 of the Texas Family Code. He complains the trial court's order is ambiguous because it does not make specific reference to relief being granted under section 161.004 yet refers to a "material and substantial change." Thus, he argues it is unclear whether his rights were terminated pursuant to section 161.001 or section 161.004, or both.

We withdraw this cause from submission. We ABATE the appeal, REMAND the case to the trial court, and ORDER the trial court, on or before **July 6, 2022**, to make a finding of whether there had been a material and substantial change of circumstances pursuant to section 161.004. We further ORDER the trial court clerk to file a supplemental clerk's record containing the trial court's findings on or before **July 7, 2022**. *See In re J.R.L.*, No. 04-14-00102-CV, 2014 WL 4346291, at *2 (Tex. App.—San Antonio Sept. 3, 2014, no pet.) (abating appeal to determine whether the trial court had made the finding of a material and substantial change).

It is so **ORDERED** on this 16th day of June, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

